

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JARED ANDERSON,<br><br>                    Plaintiff,<br><br>    vs.<br><br>DEPOSITORS INSURANCE COMPANY, A WHOLLY OWNED SUBSIDIARY OF NATIONWIDE INSURANCE COMPANY,<br><br>                    Defendant. | 4:17-CV-04020-KES<br><br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Plaintiff and Defendant move to dismiss the action with prejudice and without costs to either of the parties (Doc. 11). Thus,

It is ORDERED, ADJDUGED, and DECREED that the above-entitled action is dismissed with prejudice and without costs to either of the parties.

Dated: May 4, 2017

BY THE COURT:

*Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE

1